FIRST METHODIST EPISCOPAL CHURCH v. WINEGAR.

*Appeal from Buchanan Circuit Court — Tuesday, June 11.*

ACTION upon a verbal agreement of defendant to pay $350 toward the completion of plaintiff's church edifice. Judgment for plaintiff, from which defendant appealed. No questions of law were discussed. The evidence being conflicting, judgment below was affirmed. BECK, Ch. J., delivering the opinion.

*Fouke* and *Lake & Harmon* for the appellant — *Miller & Woodward* for the appellee.

---

WILSON v. CORBIN.

*Appeal from Linn District Court — Wednesday, June 17.*

THIS case turned upon the sufficiency of the evidence to support the verdict. No questions of law were discussed, and the judgment below was affirmed as being sustained by the testimony. BECK, Ch. J., delivering the opinion.

*E. Latham* for the appellant — *Thompson & Davis* for the appellee.